1  CONSUMER LEGAL SERVICES, P.C.
2  CHRISTOPHER M. LOVASZ (Bar No. 303120)
   VANESSA M. LEE (Bar No. 294332)
3  2330 Long Beach Blvd.
4  Long Beach, CA  90806
   Telephone:  (562) 424-3293                JS-6
5  Facsimile:    (562) 595-1879
6  E-mail: clovasz@lemonauto.com
   E-mail: vlee@lemonauto.com
7
8  Attorneys for Plaintiff LEONARDO GONZALEZ LOPEZ
9
                  UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11
12 LEONARDO GONZALEZ LOPEZ, an          Case No. 5:16-cv-02178-JGB-SP
   individual,
13                                       Assigned for all purposes to:
14           Plaintiff,                  The Honorable Jesus G. Bernal
                                         Courtroom: 1
15           v.
16
17 PACCAR INC., a Delaware Corporation;  **STIPULATION AND ORDER FOR**
   RUSH TRUCK CENTERS OF                 **DISMISSAL**
18 CALIFORNIA, INC. d/b/a RUSH
   TRUCK CENTER, FONTANA USED, a
19 Delaware Corporation; and DOES 1
20 through 20, inclusive.,               Action Filed: September 2, 2016
                                         Trial Date: January 23, 2018
21           Defendants.
22

23      Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff LEONARDO

24 GONZALEZ LOPEZ and Defendants PACCAR INC. and RUSH TRUCK CENTERS

25 OF CALIFORNIA, INC., by and through their counsel of record, hereby stipulate and

26 request that the Court dismisses the this matter, with prejudice. The parties further

27 stipulate that each party is to bear its own fees and costs.

28 ///

STIPULATION AND ORDER FOR DISMISSAL

Dated:    November 15, 2017    **CONSUMER LEGAL SERVICES, P.C.**


By:    /s/ Vanessa M. Lee
       CHRISTOPHER M. LOVASZ
       VANESSA M. LEE
       Attorneys for Plaintiff
       LEONARDO GONZALEZ LOPEZ

Dated: October 30, 2017    **MURCHISON & CUMMING, LLP**


By:    /s/ Richard C. Moreno
       RICHARD C. MORENO
       STEVEN J. MCEVOY
       Attorneys for Defendants
       PACCAR INC. and RUSH TRUCK
       CENTERS OF CALIFORNIA, INC.


## ORDER

Pursuant to the stipulation of the parties, this Court dismisses the entire case with prejudice.


**IT IS SO ORDERED.**


Dated: November 16, 2017

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

-2-